IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    13-cv-03234-WYD-KLM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

$21,556.00 IN UNITED STATES CURRENCY,

     Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER is before the Court on the United States' Motion For Final Order of

Forfeiture [ECF No. 11].   Upon careful review of the motion and case file, I find that:

(1) the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

(2) all known parties have been provided with an opportunity to respond and that

publication has been effected as required by Supplemental Rule G(4);

(3) the United States and claimant Duang Dang, a.k.a John Dang, through

counsel, Dave Thomas, Esq., reached a settlement in this case, and have

filed a Settlement Agreement [ECF No. 11-1] with the Court resolving all issues in

dispute;

(4) no other claims to defendant property have been filed;

(5) forfeiture of $18,556.00 of defendant, $21,556.00 In United States Currency,

shall enter in favor of the United States; and,

- 1 -

(6) there is cause to issue a forfeiture order under 21 U.S.C. § 881.

Accordingly, it is

ORDERED that forfeiture of $18,556.00 of defendant, $21,556.00 In United States Currency, **SHALL ENTER IN FAVOR** of the United States and the United States **SHALL HAVE FULL AND LEGAL TITLE** to the defendant property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement [ECF No. 11-1].   It is

FURTHER ODERED that the Clerk of Court **SHALL ENTER** judgment in this action.   It is

FURTHER ORDERED that a Certificate of Reasonable Cause, which this Order constitutes, is **GRANTED** as to all defendant property pursuant to 28 U.S.C. § 2465.

Dated:   May 21, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge